# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXHART ENVIRONMENTAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEL AIR LIGHTING, INC., <br><br> Defendant. | Case No. CV 12-9471-GW(RZx) <br><br> **ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety. Each party shall bear its own costs, expenses, and attorney's fees.

IT IS SO ORDERED.

Dated: July 3, 2013

BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE